## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| CHAE SHIM, | : | 18 U.S.C. § 201(c)(1)(A) (Gratuity Paid |
| | : | to a Public Official) |
| Defendant. | : | |
| | : | 18 U.S.C. § 2 (Aiding and Abetting |
| | : | and Causing an Act to be Done) |

### INFORMATION

The United States Attorney charges:

### Relevant Entities and Individuals

1.      The defendant, CHAE SHIM ("SHIM"), was an employee of Company E, a government contractor with offices in Ashburn, Virginia.  Until 2011, SHIM was the Director of Acquisition Accounts, Asia/Pacific, for Company E.

2.      The Program Executive Office Enterprise Information Systems ("PEO EIS") was an organization within the United States Department of the Army ("Army"), which provided infrastructure and information management systems to the Army.  The Project Manager, Defense Communications and Army Transmission Systems ("PM DCATS"), was a division of PEO EIS. The Product Management, Installation Information Infrastructure Modernization Program ("PM I3MP"), was another division of PEO EIS.

3.      In Seon Lim ("Lim") was a public official until on or about April 27, 2012.  Lim was an Assistant Project Manager for PM DCATS until in or about June 2010.  While employed as an Assistant Project Manager, Lim resided and worked in Seoul, South Korea.  From in or about June 2010 until his resignation on or about April 27, 2012, Lim was a Product Director for PM I3MP.

4.      While stationed in Seoul, South Korea, Lim coordinated a task on a prime contract with the Eighth United States Army, Command and Control C4IT Technical Support Services, prime contract number W15P7T-06-D-E407 (the "Prime Contract"). Lim was the most senior PM DCATS employee stationed in South Korea. Lim's primary official duties in South Korea were to oversee and implement communication systems upgrades for the U.S. Forces in South Korea, which included approximately ten communication centers and various other special projects at military sites throughout the country, including equipping video conference centers. As part of those official duties, Lim talked with "customers" (commanders at various military sites), determined their needs, wrote contract requirements and the statements of work, and worked with the contracting center in Fort Monmouth, New Jersey, to bid contracts based on customer requirements.

5.      Company F was the prime contractor for the Prime Contract. Company F maintained offices in Eatontown, New Jersey.

6.      Unisource Enterprise Inc. ("UEI"), was a government contractor that maintained its corporate headquarters in Annandale, Virginia. Nick Park, a/k/a Nochol Park ("Park"), founded UEI in 2007. From in or about September 2008 through in or about January 2009, UEI obtained an Information Technology Help Desk subcontract under the Prime Contract.

7.      Employee E-1 was the owner and Chief Executive Officer of Company E. In or about January 2009, Company E replaced UEI as a subcontractor under the Prime Contract. Company E remained a subcontractor on the Prime Contract until in or about March 2010. Company E provided Employee E-1 and SHIM with corporate credit cards to use for business purposes.

8.      Oh Sung Kwon, a/k/a Thomas Kwon ("Kwon"), was the co-founder and Chief Financial Officer of Avenciatech, Inc. ("Avenciatech"), which maintained its corporate

headquarters in Annandale, Virginia. Since in or about October 2009, Avenciatech was a subcontractor under the Prime Contract.

9.      John Han Lee ("Lee") was a former employee of UEI and, later, Company E. In or about December 2009, Lee left Company E and became the Vice President-Operations of Avenciatech.

## The Scheme

10.      In or about January 2009, Lee approached SHIM and Employee E-1 with the opportunity for Company E to take over two subcontracts from UEI pertaining to an information technology help desk. SHIM and Employee E-1 expressed interest in having Company E take over the subcontracts.

11.      Prior to the award of the subcontracts, SHIM and Employee E-1 traveled to South Korea to meet with Lim. On or about January 23, 2009, in South Korea, Employee E-1 used his corporate credit card to pay approximately $553.03 for dinner for six individuals, including Lim. SHIM attended this dinner. On or about January 24, 2009, in South Korea, SHIM used his corporate credit card to pay approximately $2,382.49 for drinks and entertainment for six individuals, including Lim and Employee E-1.

12.      On or about January 26, 2009, SHIM and Employee E-1 sent emails to Lim as a follow-up to their meeting with Lim in South Korea. Both SHIM and Employee E-1 expressed their desire for Company E to work together with Lim.

13.      On or about January 30, 2009, with Lim's assistance, Company E was awarded the Help Desk subcontracts previously held by UEI. The first subcontract (Purchase Order Number S352009-1) had an initial period of performance from February 1, 2009 through March 31, 2009, with an initial value of $525,000. The second subcontract (Purchase Order Number S352009-2) had an initial period of performance from February 1, 2009 through March 28, 2009,

with an initial value of $67,294.40. As part of the agreement to obtain the subcontracts, Company E hired Lee and two other former UEI employees to work for Company E on the subcontracts in South Korea.

14.     After obtaining the subcontracts, Company E paid for rail transportation, hotel, and meal expenses for Lim and Lim's close family members to travel for a weekend stay in Busan, South Korea in February 2009. Employee E-1 and SHIM were present in Busan and approved the expenses.  Rail transportation cost approximately $370 and the hotel cost approximately $462.66. On or about February 21, 2009, Employee E-1 used his corporate credit card to pay approximately $2,353.68 for drinks and entertainment for six individuals, including Lim and SHIM.

15.     On or about March 27, 2009, with Lim's assistance, Company E obtained a modification of Purchase Order Number S352009-1 to extend the period of performance through February 26, 2010, and to increase the total value of the order to $2,819,720.81.

16.     On or about May 8, 2009, in McLean, Virginia, SHIM used his corporate credit card to purchase a set of golf clubs for Lim for $1,223.22.  SHIM originally described this purchase on his expense report as "Per [Employee E-1], Golf set for Customer."  SHIM later changed the description to "Donation for [Company E] sponsored Golf outing," after he was admonished by another employee of Company E.

17.     On or about May 8, 2009, Employee E-1 used his corporate credit card to pay approximately $738.13 for dinner for Employee E-1, SHIM, and Lim at The Palm restaurant in Virginia.  On or about May 9, 2009, Employee E-1 used his corporate credit card to pay approximately $2,000 for drinks and entertainment in Virginia for Lim, Employee E-1, and SHIM.

4

18.     On or about May 9, 2009, SHIM used his corporate credit card to pay approximately $17.60 for a breakfast for himself and Lim.

19.     On or about May 18, 2009, with Lim's assistance, Company E obtained a modification of Purchase Order Number S352009-2 to extend the period of performance through September 9, 2009, and to increase the total value of the order to $1,348,776.03.

20.     In or around May 2009, Company E paid approximately $480 for a golf outing for four individuals, including Lim and SHIM, in Sterling, Virginia.  On or about June 11, 2009, Company E paid approximately $525.86 for a golf outing for four individuals, including Lim and SHIM, in South Korea.

21.     On or about June 11, 2009, Company E paid approximately $3,232.25 for a dinner for eight individuals, including Lim and SHIM, in South Korea.

22.     On or about June 29, 2009, Company E paid approximately $2,047.81 for a first-class ticket upgrade for Lim.  An employee of Company E demanded that Lim repay the cost of the upgrade, and Lim did so.  SHIM later paid Lim approximately $700 to partially compensate him for the cost of the upgrade.

23.     On July 23, 2009, Employee E-1 and SHIM used their corporate credit cards to pay approximately $2,850 for drinks and entertainment in Virginia for Lim, Kwon, Employee E-1, and SHIM.  On July 25, 2009, Employee E-1 used his corporate credit card to pay approximately $444.35 for a dinner with Lim and SHIM at a restaurant in Virginia.

24.     On or about August 5, 2009, Company E paid approximately $698.20 for a golf outing for four individuals, including Lim and SHIM, in South Korea.

25.     On or about August 7, 2009, Company E paid approximately $1,344.13 for drinks and entertainment in South Korea for four individuals, including Lim and SHIM.

26.     On or about November 15, 2009, Company E paid approximately $2182.40 to entertain several individuals, including Lim, at a professional football game in Landover, Maryland. The cost attributable to Lim was approximately $453.87. SHIM traveled to and from the game with Lim using a car service paid for by Company E.

27.     On or about November 30, 2009, Employee E-1 used his corporate credit card to pay approximately $1,650.30 for a dinner for five individuals, including Lim and SHIM.

28.     On or about December 2, 2009, SHIM used his corporate credit card to pay approximately $71.44 for a dinner for three individuals, including Lim and SHIM.

29.     On or about December 3, 2009, SHIM used his corporate credit card to pay approximately $1,800 for drinks and entertainment for three individuals, including Lim and SHIM.

30.     On or about February 11, 2010, Company E obtained a modification of Purchase Order Number S352009-1 to increase the total value of the order to $3,070,969.00.

31.     On or about March 12, 2010, Company E obtained a modification of Purchase Order Number S352009-1 to extend the period of performance through March 31, 2010, and to increase the total value of the order to $3,224,147.49.

## COUNT ONE
### (Gratuity Paid to a Public Official)

32.     Paragraphs 1 through 31 of this Information are realleged and incorporated by reference as if set out in full.

33.     In or about January 2009 through in or about December 2009, in the District of Columbia and elsewhere, defendant CHAE SHIM did directly and indirectly give, offer and promise a thing of value to a public official, otherwise than as provided by law for the proper discharge of official duties, for and because of an official act performed and to be performed by

6

such official, that is CHAE SHIM provided meals, entertainment, golf outings, and golf equipment, for and because of direction of subcontracts to Company E by In Seon Lim and preferential treatment provided and to be provided by In Seon Lim for Company E with subcontracts awarded through the Army.

**(Gratuity Paid to a Public Official, and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 201(c)(1)(A) and 2)**

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

By: _____
BRYAN SEELEY
D.C. Bar No. 501681
MICHAEL K. ATKINSON
D.C. Bar No. 430517
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-7822 (Seeley)
(20)2) 252-7817 (Atkinson)
Bryan.Seeley@usdoj.gov
Michael.Atkinson2@usdoj.gov

Dated: August 26, 2014